**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Bernard Deon BEST, Defendant–Appellant.**

No. 00–7481.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 8, 2001.

Decided Feb. 14, 2001.

Bernard Deon Best, pro se. Benjamin H. White, Jr., Assistant United States Attorney, Greensboro, NC, for appellee.

Before WILKINS, DIANA GRIBBON MOTZ, and TRAXLER, Circuit Judges.

PER CURIAM.

Bernard Deon Best appeals the district court's order denying his motion for modification of sentence. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *United States v. Best,* Nos. CR–90–64; CR–90–88 (M.D.N.C. Sept. 27, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*